J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CAMERON HARRELL,

     Plaintiff,

    vs.

EL PATRON BAR & NIGHT CLUB INC.; JOSE LUIS VASQUEZ, AS TRUSTEE OF THE LIVING TRUST OF JOSE LUIS VASQUEZ; and DOES 1 to 10,

     Defendants.

**Case No.: 5:24-cv-02362-SSS (DTBx)**

**Judgment Re: Default Judgment**

Date: April 18, 2025
Time: 2:00 p.m.
Courtroom: 2, 2nd Floor

Honorable Judge Sunshine S. Sykes

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff CAMERON HARRELL shall have JUDGMENT in Plaintiff's favor for a total amount of $2,300.00, against Defendants EL PATRON BAR & NIGHT CLUB INC. and JOSE LUIS VASQUEZ, AS TRUSTEE OF THE LIVING TRUST OF JOSE LUIS VASQUEZ.

//

//

1

Additionally, Defendants EL PATRON BAR & NIGHT CLUB INC. and JOSE LUIS VASQUEZ, AS TRUSTEE OF THE LIVING TRUST OF JOSE LUIS VASQUEZ are ordered to provide an accessible parking space at the property located at or about 1950 W. Highland Ave., San Bernardino, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 16, 2025

Sunshine S. Sykes
United States District Judge

2